**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

THIS DOCUMENT RELATES TO PLAINITFF

ERIK HUPPERTZ

Civil Case No. 1:21—cv-02822-RLY-TAB

**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**

Pursuant to Local Rule 83-7(b), DOMINGUEZ LAW FIRM (Paul M. Dominguez), moves this Court to allow them to withdraw as counsel of records for Plaintiff, Erik Huppertz, and in support of the same, show unto the Court as follows:

1. This Motion is filed in good faith for the reasons set forth herein.
2. Counsel withdraws from representation of Plaintiff on the date upon which the Court sets for withdrawal and/or the date an Order is signed by the Court permitting such withdrawal.
3. Counsel has been informed by the Fears Naschwati Law Firm in Dallas, Texas that Mr. Huppertz had previously hired them to proceed with his case. That was never relayed to counsel by Plaintiff.
4. Counsel has repeatedly tried to get a response, updated information, and guidance from Plaintiff in this case through a series of letters, calls, and emails.

5. The attorney-client relationship between Erik Huppertz and his counsel has broken down and counsel and client are in disagreement as to the manner in which his case should proceed.

6. Plaintiff's last known address and contact information is as follows:

Erik Hupperz
2809 Don Pablo Rd. NE
Albuquerque, NM 87104
Ph: (505) 980-5233
huppertzeriko@gmail.com

7. This matter is not currently set for trial.

WHEREFORE, the undersigned counsel moves this Court for entry of an Order permitting Dominguez Law Firm (Paul M. Dominguez) to withdraw their appearance as counsel of record in this matter.

Respectfully submitted,

DOMINGUEZ LAW FIRM

*/s/ Paul M. Dominguez*
Paul M. Dominguez
2025 Rio Grande Blvd. NW
Albuquerque, NM 87104
(505) 850-5854 Telephone
(505) 796-5107 Facsimile
paul@dominguez.law
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Paul M. Dominguez*
Paul M. Dominguez